JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   No. CR-S-06-0441 GEB
                                )
          Plaintiff,            )
                                )
                                )   STIPULATION AND
                                )   [PROPOSED ORDER] CONTINUING
v.                              )   STATUS CONFERENCE
                                )
WENDALL STEWART, et al,         )   Date:  January 13, 2012
                                )   Time:  9:00 a.m.
          Defendants.           )   Judge:  Honorable Garland E. Burrell, Jr.
                                )
                                )
                                )
_____ )

        IT IS HEREBY stipulated between the United States of America through its undersigned

counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant

Ricardo Venegas, John R. Manning, Esq., counsel for defendant Vigilio Pineda, David D.

Fischer, Esq., counsel for defendant Wendell Stewart, Candace A. Fry, Esq., and counsel for

defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set

for November 4, 2011 be **continued to January 13, 2012, at 9:00 a.m.,** thus **vacating** the

presently set status conference.

        Further, all of the parties, the United States of America and all of the defendants as stated

above, hereby agree and stipulate that the ends of justice served by the granting of such a

continuance outweigh the best interests of the public and the defendants in a speedy trial and that

time under the Speedy Trial Act should therefore be under meaning of Title 18, United States

Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation,

specifically the continuance is requested to allow more time for defense preparation and possible

negotiations for resolution) and Local Code T4, and agree to exclude time from the date of the

filing of the order until the date of the status conference, January 13, 2012.

IT IS SO STIPULATED.

Dated:  November 1, 2011                                /s/  John R. Manning
                                                    JOHN R. MANNING
                                                    Attorney for Defendant
                                                    Ricardo Venegas

Dated: November 1, 2011                                  /s/  David D. Fischer
                                                    DAVID D. FISCHER
                                                  Attorney for Defendant
                                                    Vigilio Pineda

Dated: November 1, 2011                                  /s/  Candace A. Fry
                                                  CANDACE A. FRY
                                                  Attorney for Defendant
                                                    Wendell Stewart

Dated: November 1, 2011                                  /s/  Edward C. Bell
                                                  EDWARD C. BELL
                                                  Attorney for Defendant
                                                    Isauro Jauregui Catalan

Dated: November 1, 2011                                  Benjamin B. Wagner
                                                  United States Attorney

                                by:    /s/ Jill M. Thomas
                                           JILL M. THOMAS
                                           Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,                    )    No. CR-S-06-0441 GEB
                                             )
            Plaintiff,                       )
                                             )    [PROPOSED] ORDER TO
                                             )     CONTINUE STATUS CONFERNCE
v.                                           )
                                             )
WENDALL STEWART, et al.,                     )
                                             )
            Defendants.                      )
                                             )
                                             )
                                             )
_____


        GOOD CAUSE APPEARING, it is hereby ordered that the November 4, 2011 status

conference be continued to January 13, 2012 at 9:00 a.m.  I find that the ends of justice warrant

an exclusion of time and that the defendant's need for continuity of counsel and reasonable time

for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT

IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv)

and Local Code T4 from the date of this order to January 13, 2012.

IT IS SO ORDERED.

**Date:  11/7/2011**


                                             _____
                                             GARLAND E. BURRELL, JR.
                                             United States District Judge