JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO VENEGAS and
VIGILIO PINEDA,

    Defendants.

No. CR-S-06-0441 GEB

STIPULATION AND
[PROPOSED ORDER] CONTINUING
STATUS CONFERENCE

Date: February 24, 2012
Time: 9:00 a.m.
Judge: Honorable Garland E. Burrell, Jr.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., and counsel for defendant Vigilio Pineda, David D. Fischer, Esq., that the status conference presently set for January 13, 2012 be **continued to February 24, 2012, at 9:00 a.m.,** thus **vacating** the presently set status conference. Defendants Wendell Stewart and Isauro Jauregui Catalan will remain on calendar.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be under meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation,

1

specifically the continuance is requested to allow more time for defense preparation and possible negotiations for resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 24, 2012.

IT IS SO STIPULATED.

Dated: January 10, 2012 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Ricardo Venegas

Dated: January 10, 2012 /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
Vigilio Pineda

Dated: January 10, 2012 Benjamin B. Wagner
United States Attorney

by: /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICARDO VENEGAS and<br>VIGILIO PINEDA,<br><br>　　　　Defendants. | No. CR-S-06-0441 GEB<br><br>[PROPOSED] ORDER TO<br>CONTINUE STATUS CONFERNCE |

　　　GOOD CAUSE APPEARING, it is hereby ordered that the January 13, 2012 status conference be continued to February 24, 2012 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to February 24, 2012.

IT IS SO ORDERED.

**Date: 1/10/2012**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

3