1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4  E mail: c.fry@att.net

5  Attorney for WENDELL STEWART,
   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06CR00441-16 |
| Plaintiff, | **REQUEST FOR ORDER AND ORDER EXONERATING BOND** |
| v. | |
| WENDELL STEWART, | |
| Defendant. | |

On or about July 3, 2008, a $200,000.00 appearance bond, secured by a Deed of Trust to the Sacramento real property of Maria Torres was posted on behalf of Wendell Stewart in the within matter. On March 30, 2012, Mr. Stewart was sentenced by this Court and committed to the custody of the Bureau of Prisons for a total term of 96 months.

Accordingly, it is now requested that the secured appearance bond be exonerated and that the Clerk of the District Court be directed to reconvey back to the Trustor that Deed of Trust received by the Clerk on or about July 3, 2008.


Dated: April 3, 2012            */s/ Candace A. Fry*
                                CANDACE A. FRY,  Attorney for
                                WENDELL STEWART, Defendant

-1-

**O R D E R**

IT IS HEREBY ORDERED that the appearance bond in the amount of $200,000.00 posted by Maria Torres, secured by real property located in Sacramento, California, is hereby exonerated and the Clerk shall forthwith cause a Deed of Reconveyance to be transmitted to the Trustor at the property address contained in the Deed of Trust.

Dated: April 3, 2012

GARLAND E. BURRELL, JR.
United States District Judge