| | |
|---|---|
| 1 | CANDACE A. FRY |
| | CA Bar No. 68910 |
| 2 | 2401 Capitol Avenue |
| | Sacramento, CA 95816 |
| 3 | Telephone: (916) 446-9322 |
| | FAX: (916) 446-0770 |
| 4 | |
| | Attorney for WENDELL STEWART, |
| 5 | Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-06-441-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER AMENDING** |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| WENDELL STEWART, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the Judgment imposed by this Court on defendant Wendell Stewart on March 30, 2012, shall be amended to change the term of supervised release, as follows: "Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 12 months on each of Counts 1 and 2, to be served concurrently for a total term of 12 months."

This change is requested by the Probation Office to conform to the provisions of 18 U.S.C. §3624(e) and U.S.S.G. §5G1.2, Application Note C. In all other respects the Judgment shall remain the same.

///

///

-1-

| | |
|---|---|
| Dated: April 10, 2012 | */s/ Candace A. Fry*<br>CANDACE A. FRY, Attorney for<br>WENDELL STEWART, Defendant |
| Dated: April 10, 2012 | BENJAMIN WAGNER<br>United States Attorney<br><br>By   */s/ Candace A. Fry for*<br>     JILL THOMAS, Assistant<br>     United States Attorney<br><br>(Signed for Ms. Thomas with<br>her prior authorization) |

**O R D E R**

IT IS SO ORDERED.

Dated: April 10, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge