```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-2:06-0441 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| AARON LAMAR POTTS, | ) | |
| | ) | |
| Defendant. | ) | Hon. Garland E. Burrell, Jr. |
| | ) | |

The parties request that the status conference currently set for April 27, 2012, be continued to May 25, 2012, at 9:00 a.m. and stipulate that the time beginning April 27, 2012, and extending through and including May 25, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv); Local Code T4.  The parties need additional time for preparation.

1

1    The parties stipulate and agree that the interests of
2 justice served by granting this continuance outweigh the best
3 interests of the public and the defendant in a speedy trial.
4
5                                    Respectfully Submitted,
6                                    BENJAMIN B. WAGNER
                                     United States Attorney
7
8 Dated: April 25, 2012         By:/s/ Jill M. Thomas
                                    JILL M. THOMAS
9                                   Assistant U.S. Attorney

10 Dated: April 25, 2012         By:/s/ Tim Warriner
11                                  TIM WARRINER
                                    Attorney for defendant
12                                  AARON LAMAR POTTS

**ORDER**

For the reasons set forth above the status conference in case number CR. S-2:06-0441 GEB currently set for April 27, 2012, is continued to May 25, 2012, and the time beginning April 27, 2012, and extending through May 25, 2012, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: April 25, 2012

GARLAND E. BURRELL, JR.
United States District Judge