1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-06-0441 GEB |
| Plaintiff, | **AMENDED** STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ISAURO JAUREGUI CATALAN, | |
| Defendant. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, defendant Isauro Jauregui Catalan, through his counsel of record, Edward C. Bell, Esq., hereby stipulate and agree that the status conference set for May 25, 2012, be continued to July 20, 2012, at 9:00 a.m.

The parties stipulate that the time beginning May 25, 2012, and extending through July 20, 2012, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time

1

| | |
|---|---|
| 1 | for reasonable time for effective preparation, specifically the |
| 2 | continuance is requested to allow time for the preparation of the |
| 3 | pre-plea report and the culmination of negotiations for resolution. |
| 4 | 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4.   The Court finds that |
| 5 | |
| 6 | the interests of justice served by granting this continuance |
| 7 | outweigh the best interests of the public and the defendant in a |
| 8 | speedy trial.  18 U.S.C. § 3161(h)(8)(A). |

IT IS SO STIPULATED.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: May 17, 2012        By:  /s/ Jill M. Thomas
                                JILL M. THOMAS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


DATED: May 17, 2012        By:  /s/ Edward C. Bell
                                EDWARD C. BELL
                                Attorney for Defendant
                                ISAURO JAUREGUI CATALAN
```

2

| | |
|---|---|
| 1 | _____ |
| 2 | **ORDER** |
| 3 | UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is |
| 4 | hereby ordered that this matter be set for further status conference |
| 5 | as set forth above. |
| 6 | The Court finds excludable time as set forth above to and |
| 7 | including July 20, 2012. |


ORDER

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The Court finds excludable time as set forth above to and including July 20, 2012.

**IT IS SO ORDERED.**

Dated: May 18, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

3