```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-06-0441 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| ) | VACATING TRIAL CONFIRMATION AND |
| v. ) | TRIAL DATE AND EXCLUDING TIME |
| ) | |
| ISAURO JAUREGUI CATALAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jill M. Thomas, and defendant Isauro Jauregui CATALAN, by and through his counsel, Edward C. Bell, Esq., stipulate and agree that the trial confirmation hearing date of May 18, 2012, and the trial date of June 5, 2012, at 9:00 a.m. should be vacated. A status conference has been set for May 25, 2012. The parties have stipulated to the preparation of a pre-plea report. The results of this report are likely to assist in the resolution of the case. The additional time is jointly requested for attorney preparation.

Additionally, the parties stipulate that the time remain excluded up to and including the status conference date of May 25, 2012, from the calculation of time under the Speedy Trial Act.

1

1 The parties submit that the ends of justice are served by the Court
2 excluding such time, so that counsel for each defendant may have
3 reasonable time necessary for effective preparation, taking into
4 account the exercise of due diligence. 18 U.S.C. §
5 3161(h)(8)(B)(iv); Local Code T4.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 18, 2012      By: /S/Jill M. Thomas
                             JILL M. THOMAS
                             Assistant U.S. Attorney

DATED: May 18, 2012      By: /s/ Edward C. Bell
                             Authorized to sign for Mr. Bell on
                             05-16-2012
                             Attorney for ISAURO JAUREGUI CATALAN

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The trial confirmation date of May 18, 2012, at 9:00 a.m. and the trial date of June 5, 2012, are hereby VACATED. The Court finds that the ends of justice in taking this action outweigh the best interest of the public and the defendant in a speedy trial.

2. Time remain excluded up to and including the status conference date of May 25, 2012, from the calculation of time under the Speedy Trial Act

Dated: May 18, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge