Timothy E. Warriner
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
AARON POTTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 06 0441 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUANCE OF |
| | ) | STATUS CONFERENCE AND FOR |
| | ) | EXCLUSION OF TIME |
| v. | ) | |
| | ) | |
| AARON POTTS, | ) | |
| | ) | |
| Defendant. | ) | |

     Counsel for the government, Jill Thomas, and counsel for defendant Aaron Potts, Timothy E. Warriner, hereby jointly request that the status conference now scheduled for May 25, 2012, be continued to **June 22, 2012 at 9:00 a.m.**, and that time continue to be excluded to June 22, 2012 for preparation of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)). Exclusion of time is requested as time continues to be needed for counsel to review and evaluate the pre-plea presentence report and revised plea agreement, to meet with the client, who is housed in the Butte County Jail, concerning the pre-plea report and plea agreement, and to continue plea negotiations with the Government. The parties stipulate that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

     Respectfully submitted.

1

DATED: May 23, 2012                    /s/ Tim Warriner, Attorney for
                                       Defendant, Aaron Lamar Potts

DATED: May 23, 2012                    /s/ Jill Thomas, Assistant United
                                       States Attorney, for the Government

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that the status conference set for May 25, 2012 be continued to June 22, 2012 at 9:00 a.m., and that time continue to be excluded to June 22, 2012 for preparation of counsel (Local Code T 4; 18 U.S.C. § 3161(h)(7)(B)(iv)). The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A).)

Dated: May 29, 2012

GARLAND E. BURRELL, JR.
United States District Judge